# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

MAY 26 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ J. HELLINGS
DEPUTY CLERK

|  |  |  |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) | **Case No.** |
| **Jeff Livingston** | ) | 1:10cr0273 LJO |
|  | ) | 09 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jeff Livingston_____ , have discussed with _____Jacob M. Scott_____ , Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's travel condition as follows: **Your travel is restricted to the District of Nevada and you may travel to the Eastern District of California for court related purposes only, unless otherwise approved in advance by the Pretrial Services Officer;** To vacate the following condition: **You shall undergo mental health treatment, and pay for costs as approved by the Pretrial Services Officer.**

All other previously imposed conditions, not in conflict with this order, will remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | |
|---|---|
| _Signature of Defendant_   5/24/10 | _Pretrial Services Officer_   5/20/10 |
| Jeff Livingston — Date | Jacob M. Scott — Date |

I have reviewed the conditions and concur that this modification is appropriate.

| | |
|---|---|
| _Signature of Assistant United States Attorney_ | 5/24/10 |
| Mark Cullers | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | |
|---|---|
| _Signature of Defense Counsel_ | 5/24/10 |
| Marc Days | Date |

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _May 24, 2010_ .

[ ] The above modification of conditions of release is *not* ordered.

| | |
|---|---|
| _Signature of Judicial Officer_   SM SNYDER | 5/24/10 |
|  | Date |

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services