DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
PEGGY SASSO, CA Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFF LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00273 LJO |
| Plaintiff, | *SECOND REVISED* STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | |
| JEFF LIVINGSTON, | Date: August 27, 2010<br>Time: 9:00 AM |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing now set for August 6, 2010, **may be continued to August 27, 2010, at 9:00 A.M.**, and that a new motions schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions Due | June 18, 2010 | July 9, 2010 |
| Responses Due | July 16, 2010 | August 6, 2010 |
| Hearing/Trial Confirmation: | August 6, 2010 - 9:00 A.M. | August 27, 2010 - 9:00 A.M. |

This continuance is requested by counsel for the defendant to allow additional time for defense investigation and for preparation of appropriate motions on defendant's behalf. The requested continuance will conserve time and resources

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice will be served by a continuance.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: June 17, 2010                  By:  /s/ Mark E. Cullers
                                              MARK E. CULLERS
                                              Assistant United States Attorney
                                              Attorney for Plaintiff

                                              DANIEL J. BRODERICK
                                              Federal Public Defender

DATED: June 17, 2010                  By:  /s/ Marc Days
                                              MARC DAYS
                                              Assistant Federal Defender
                                              Attorneys for Defendant
                                              Jeff Livingston

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

        IT IS SO ORDERED.

**Dated:   June 18, 2010**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE