DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFF LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-cr-00273 LJO |
| Plaintiff, | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; ORDER THEREON |
| v. | ) ) | |
| JEFF LIVINGSTON, | ) ) | |
| Defendant. | ) ) ) | Hon. Lawrence J. O'Neill |

The undersigned defendant, Jeff Livingston, having been advised of his right to be present in person in open court upon the hearing of any motion or other pre-trial proceeding in this cause, including but not limited to, arraignment and/or initial appearance, plea, status conference, motions hearing, when the case is ordered set for trial, when a continuance is ordered, entry of plea, trial, and imposition of sentence, hereby waives the right to be present at said hearings, and requests the court to allow his attorney to make such appearances on his behalf and to request the Court to set a motions schedule and/or schedule the matter for trial or such hearings as may be appropriate at a time mutually convenient to the court and counsel.  Defendant further hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present.

Defendant makes this request because he resides in Las Vegas, Nevada, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and

personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: August  20  , 2010

        /s/  Jeff Livingston
        JEFF LIVINGSTON, Defendant


        /s/  Marc Days
        MARC DAYS
        Assistant Federal Defender
        Attorney for Defendant

# O R D E R

GOOD CAUSE APPEARING**, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order. This does not excuse the defendant from being present at 8:30 a.m. on September 27, 2010 for trial.

IT IS SO ORDERED.

**Dated:     August 23, 2010**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE