DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
PEGGY SASSO, CA Bar #228906
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JEFF LIVINGSTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00273 LJO |
| Plaintiff, | STIPULATION TO SET PRETRIAL AND *MOTIONS IN LIMINE* SCHEDULE AND HEARING; ORDER |
| v. | |
| JEFF LIVINGSTON, | Date: May 27, 2011<br>Time: 9:00 AM |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, as follows: the government shall provide to the defense notice of 404(b) evidence to be presented at trial no later than April 26, 2011; any *motions in limine* shall be filed on or

///
///
///
///
///
///
///
///

before May 6, 2011, with responses to be filed on or before May 20, 2011; **and that a hearing on** *motions in limine* be scheduled for May 27, 2011, at 9:00 A.M.

        Respectfully submitted,

        BENJAMIN B. WAGNER
        United States Attorney

DATED: February 8, 2011      By: /s/ Ian Garriques
        IAN GARRIQUES
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Public Defender

DATED: February 8, 2011      By: /s/ Marc Days
        MARC DAYS
        Assistant Federal Defender
        Attorneys for Defendant
        Jeff Livingston

## **O R D E R**

IT IS SO ORDERED.

**Dated: February 8, 2011**      /s/ Lawrence J. O'Neill
        UNITED STATES DISTRICT JUDGE