# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                                )
v.    ) Case No. 1:09-CR-00273-LJO
                                )
JEFF LIVINGSTON

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☐ Ad Prosequendum     ☒ Ad Testificandum.

Name of Detainee:    Darnell Webster Wheeler

Detained at (custodian):    Fresno County Jail

Detainee is:   a.)   ☐ charged in this district by:
                        ☐ Indictment     ☐ Information     ☐ Complaint
                    Charging Detainee With:

or   b.)   ☒ a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ☒ return to the custody of detaining facility upon termination of proceedings
or              b.)   ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on June 13, 2011, at 8:30 a.m. in the Eastern District of California.*

Signature:   /s/ Kirk E. Sherriff
Printed Name & Phone No: **Kirk E. Sherriff (559) 497-4000**
Attorney of Record for:   United States of America

## WRIT OF HABEAS CORPUS
    ☐ Ad Prosequendum     ☒ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above named custodian.

Date: 6/10/11

United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | unk | Male ☒ | Female ☐ |
| Booking or CDC #: | 0818879 (Clovis P.D.) | DOB: | |
| Facility Address: | Fresno County Jail, 1225 M Street | Race: | Black |
| | Fresno, CA 93721 | FBI #: | 312502FA9 |
| Facility Phone: | (559) 457-6358 | | |
| Currently Incarcerated For: | Battery | | |

---

**RETURN OF SERVICE**

Executed on _____ by _____
                                                            (Signature)